United States District Court
Southern District of Texas
**ENTERED**
February 05, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHAEL PALMA, § § § Plaintiff, § VS. § LAWRENCE W LUKER, *et al*, § § Defendants. § | MISC. ACTION NO. 4:18-MC-391 |

ORDER

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Proceed *In Forma Pauperis* **(Instrument No. 1)** is **GRANTED**.

The Clerk shall enter this Order and provide a copy to all parties.

**SIGNED** on this the 5th day of February, 2018, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**